# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Kevin T. Hannon,                                                    Civil No. 12-1008  PJS/AJB

          Plaintiff,

                                          **ORDER**

v.                                                **ON MOTION TO DISMISS OR FOR**
                                                  **MORE DEFINITE STATEMENT AND**
Kathryn Reid,                                     **ON DEFAULT JUDGMENT**

          Defendant.


Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated October 11, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

      1.  Defendant's Motion to Dismiss or for a More Definite Statement [Docket No. 13] is **denied as moot**.

      2.  Plaintiff's "Demand for Default Judgment" [Docket No. 29] is **denied**.

      3.  Plaintiff's "Motion to Deny the Filing of Defendants of any of the Motion Bought Before this Court" [Docket No 30] is **denied**.


Dated  10/30/12                                     s/Patrick J. Schiltz                
                                                  Patrick J. Schiltz
                                                  United States District Court Judge